WENETA M.A. KOSMALA, TRUSTEE
3 MacArthur Place, Suite 760
Santa Ana, CA  92707
Telephone:  (714) 708-8190
Facsimile:   (714) 708-0666

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Trust, 7461 Shelter Cove Circle Grant<br><br><br>Debtor(s). | Case No. 8:16-BK-10052-ES<br><br>Chapter 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) 11 U.S.C. §341(a) |

COUNSEL:  MICHAEL T MCGEE
TO THE ABOVE NAMED DEBTOR(S):

    You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **May 12, 2016** at **10:01 AM** in Room 3-110, United States Bankruptcy Court, 411 W. Fourth Street, Santa Ana, CA  92701 for the reason set forth below:

    Off calendar; documents outstanding; notice e-mailed
ALL DOCUMENTS RE ALL REPAIR AND ALL PAYMENTS MADE - received invoice for termite, housecleaning, oc builders, and carpet 4/25/816
ALL TRUST TAX RETURNS
ALL DOCUMENTS SUPPORTING ALLEGED DISPUTE WITH LENDER
ALL TRUST BANK STATEMENTS
ALL TITLE & LIEN TRANSFER DOCUMENTS RE REAL PROPERTY - received Trust Transfer Grant Deed only
ALL DOCUMENTS RE SOURCE OF FUNDS FOR PAYMENT OF $19,387.16 TO HOMEOWNER'S ASSOCIATION 1/16/2015. received check only
You failed to appear at the 341(a) meeting previously scheduled in your matter.  You are further notified that in the event you do not appear at said time and place, your case may be dismissed by the United States Bankruptcy Court.


Dated:  May 03, 2016

/s/ WENETA M.A. KOSMALA
WENETA M.A. KOSMALA
Chapter 7 Trustee

**X**  I certify that Debtor(s)' Counsel in the above referenced case waived Notice of the Continued 341(a) meeting.

☐  I certify that I served the within Notice on the above Debtor(s), Debtor(s)' Counsel, and the Office of the United States Trustee on, 5/3/16.

/s/ David M. Fitzgerald
David M. Fitzgerald