| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Roger J. Buffington (State Bar No. 191960) <br> Kaden J. Kennedy (State Bar No. 238699) <br> Adam M. Foster (State Bar No. 301507) <br> Buffington Law Firm, PC <br> 8840 Warner Ave., Suite 300 <br> Fountain Valley, CA 92708 <br> P: 714-842-6124 <br> F: 714-842-6134 <br> notice@buffingtonlawfirm.com <br> www.buffingtonlawfirm.com <br><br> ☐ *Individual appearing without attorney* <br> ☒ *Attorney for:* Bradley Donovan | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re: <br> 7461 Shelter Cove Circle Trust <br><br><br> Debtor(s). | CASE NO.: 8:16-BK-10052-ES <br><br> ADVERSARY NO.: 8:16-AP-01050-ES <br><br> CHAPTER: 7 |
|---|---|
| BRADLEY DONOVAN <br><br><br><br> Plaintiff(s). <br> vs. <br> GERALD ALLEN HENNESSEY, an individual, THE 7461 SHELTER COVE CIRCLE TRUST dated March 26, 2012, an entity of unknown form, and DOES 1-20 inclusive <br><br> Defendant(s). | **JOINT STATUS REPORT** <br> **[LBR 7016-1(a)(2)]** <br><br> DATE: 07/21/2016 <br> TIME: 9:30 a.m. <br> COURTROOM: 5A <br> ADDRESS: 411 W 4th St. #2, Santa Ana, CA 92701 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

### A. PLEADINGS/SERVICE:

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?     ☒ Yes   ☐ No
2. Have all parties filed and served answers to the Claims Documents?     ☐ Yes   ☒ No
3. Have all motions addressed to the Claims Documents been resolved?     ☐ Yes   ☒ No
4. Have counsel met and conferred in compliance with LBR 7026-1?     ☐ Yes   ☒ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015     Page 1     F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," please explain below (or on attached page):

   1 - Defendants in the underlying state court case were served by publication.

   All other issues in this matter have been put on hold until the Bankruptcy Trustee decides whether or not to defend the Subject Trust. Mr. Donovan's counsel has been diligent sending letters and emails, making phone calls, and attending creditors' meetings, which have been repeatedly continued, in an effort to move this matter forward. On July 7, 2016 at 8:51 a.m. the Bankruptcy Trustee's counsel informed Mr. Donovan's counsel that the Bankruptcy Trustee needed more time to make her determination and set a further 341a hearing for the same date as the Status Conference for this matter.

B. **READINESS FOR TRIAL:**

   1. When will you be ready for trial in this case?
      
      Plaintiff
      
      This cannot be determined at this time.
      
      Defendant

   2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
      
      Plaintiff
      
      As discussed, the case has been entirely on hold. No Discovery has been conducted.
      
      Defendant

   3. When do you expect to complete your discovery efforts?
      
      Plaintiff
      
      This cannot be determined until the Bankruptcy Trustee determines what she wants to do.
      
      Defendant

   4. What additional discovery do you require to prepare for trial?
      
      Plaintiff
      
      All Discovery, written and depositions, needs to be conducted.
      
      Defendant

C. **TRIAL TIME:**

   1. What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable)?
      
      Plaintiff
      
      Four Day
      
      Defendant

   2. How many witnesses do you intend to call at trial (including opposing parties)?
      
      Plaintiff
      
      This cannot be determined until Discovery has been conducted.
      
      Defendant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                    Page 2                    F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

   <u>Plaintiff</u>   <u>Defendant</u>

   This cannot be determined until Discovery has been conducted.

D. **PRETRIAL CONFERENCE:**

   A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

   <u>Plaintiff</u>
   Pretrial conference ☒ is ☐ is not requested
   Reasons:

   <u>Defendant</u>
   Pretrial conference ☐ is ☐ is not requested
   Reasons:

   <u>Plaintiff</u>
   Pretrial conference should be set <u>after</u>:
   (*date*) _____

   <u>Defendant</u>
   Pretrial conference should be set <u>after</u>:
   (*date*) _____

E. **SETTLEMENT:**

   1. What is the status of settlement efforts?

      No settlement efforts have been conducted, but Mr. Donovan's counsel has expressed to the Bankruptcy Trustee's counsel, our office is entirely open to settlement discussions.

   2. Has this dispute been formally mediated?    ☐ Yes    ☒ No
      If so, when?

   3. Do you want this matter sent to mediation at this time?

      <u>Plaintiff</u>            <u>Defendant</u>
      ☐ Yes  ☒ No          ☐ Yes  ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

<u>Plaintiff</u>
☒ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

<u>Defendant</u>
☐ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

Date: 07/07/2016

Buffington Law Firm, PC
Printed name of law firm

*[signature]*
Signature

Adam M. Foster, Esq.
Printed name

Attorney for: Bradley Donovan

Date: _____

_____
Printed name of law firm

_____
Signature

_____
Printed name

Attorney for: _____

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015　　　　　Page 4　　　　　F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8840 Warner Ave., Suite 300, Fountain Valley, CA 92708

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* 7-7-16, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached.

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Date | Printed Name | Signature |
|---|---|---|
| 7-7-16 | Jessica DeMarco-Gagliano | /s/ |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 8840 Warner Ave., Suite 300 Fountain Valley, CA 92708.

On July 7, 2016, via the email address notice@buffingtonlawfirm.com, I served the foregoing document described as:

- **JOINT STATUS REPORT BY CLAIMANT BRADLEY DONOVAN**

in the following manner:  *(X) Via E-Serve*

| United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4593<br>(714) 338-3400<br>(714) 338-3421 (fax)<br>ustpregion16.sa.ecf@usdoj.gov | Gerald Allen Hennessey,<br>Trustee of the 7461 Shelter Cove Trust<br>Dated March 26, 2012<br>1401 S. Sprague #193<br>Tacoma, WA 98466<br>(MAIL ONLY) |
|---|---|
| Weneta M. Kosmala (TR)<br>3 MacArthur Place, Suite 760<br>Santa Ana, CA 92707<br>wkosmala@txitrustee.com<br>ecf.alert+Kosmala@titlexi.com | Michael T. McGee<br>M and J Associates<br>875 S. Hilda Street<br>Anaheim, CA 92806<br>mandjassociates@gmail.com |

Electronic Mail: I caused such document to be transmitted by electronic mail transmission to the person(s) and address(es) listed herein and/or their attorneys of record as stated above and/or on the attached service list to their known electronic mail address(es). The document(s) was/were transmitted by electronic mail.

As follows: I am "readily familiar" with the Firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Orange County, California, in the ordinary course of business. The envelope is sealed and placed for collection and mailing on this date, following ordinary business practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage date is more than 1 day after date of deposit for mailing in this affidavit.

Executed on July 7, 2016, at Orange County, California.
I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Jessica DeMarco-Gagliano